Peter DeMUSIS et al.

v.

**MEMBER OF the ZONING BOARD OF REVIEW TOWN OF NEW SHOREHAM.**

No. 84–378–M.P.

Supreme Court of Rhode Island.

Nov. 21, 1984.

Joseph V. Cavanagh, Providence, for petitioners.

William J. Gallogly, Westerly, for respondent.

ORDER

The petition for writ of certiorari is denied.

Mary JOHNSON et al.

v.

**STATE.**

No. 84–379–M.P.

Supreme Court of Rhode Island.

Nov. 21, 1984.

Stephen M. Rappoport, Steven J. Hirsch, East Providence, for petitioners.

Dennis J. Roberts II, Atty. Gen., Richard B. Woolley, Sp. Asst. Atty. Gen., for respondent.

ORDER

The petition for writ of certiorari is denied.

Dominik B. MELKI

v.

**BROWN & SHARPE MFG., CO.**

No. 84–401–M.P.

Supreme Court of Rhode Island.

Nov. 21, 1984.

Vincent J. Chisholm, Howard L. Feldman, Providence, for petitioner.

George F. Healey, Jr., Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.